BLACK CHANG & HAMILL LLP
Bradford J. Black (SBN 252031)
bblack@bchllp.com
Peter H. Chang (SBN 241467)
pchang@bchllp.com
Andrew G. Hamill (SBN 251156)
ahamill@bchllp.com
333 Bush Street, Suite 2250
San Francisco, California 94104
Telephone:     415-813-6210
Facsimile:     415-813-6222

*(additional counsel listed on signature page)*
*Attorneys for Plaintiff IpVenture, Inc.*

Robert F. McCauley (SBN 162056)
robert.mccauley@finnegan.com
FINNEGAN, HENDERSON, FARABOW,
  GARRETT & DUNNER, LLP
3300 Hillview Avenue
Palo Alto, California  94304
Telephone:     (650) 849-6600
Facsimile:     (650) 849-6666

*(additional counsel listed on signature page)*
*Attorneys for Defendants and Counter-claimants*
*FedEx Corporation and Federal Express Corporation*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| IPVENTURE, INC., <br><br> Plaintiff, <br><br> v. <br><br> FEDEX CORPORATION and FEDERAL EXPRESS CORPORATION, <br><br> Defendants. | CASE NO. CV11-5367 PJH <br><br> **STIPULATION TO CASE SCHEDULE THROUGH CLAIM CONSTRUCTION HEARING** |
| FEDEX CORPORATION and FEDERAL EXPRESS CORPORATION, <br><br> Counter-claimants, <br><br> v. <br><br> IPVENTURE, INC., <br><br> Counter-defendant. | |

Pursuant to the Court's Initial Case Management Conference held on March 22, 2012 (D.I. 40), Plaintiff IpVenture, Inc. ("IpVenture") and Defendants FedEx Corporation and Federal Express Corporation (collectively, "FedEx"), respectfully request the Court enter the following stipulation regarding the deadlines up to the claim construction hearing.

| Date | Event |
|---|---|
| 6/11/2012 or 30 days after FedEx's motion to stay is decided, whichever is later | IpVenture's Infringement Contentions, Patent L.R. 3-1 & 3-2 |
| 45 days after service of IpVenture's Infringement Contentions | FedEx's Invalidity Contentions, Patent L.R. 3-3 & 3-4 |
| 2/1/2013 | Exchange of Proposed Claim Construction Terms, Patent L.R. 4-1 |
| 2/22/2013 | Exchange of Preliminary Claim Constructions and extrinsic evidence, Patent L.R. 4-2 |
| 3/22/2013 | File Joint Claim Construction and Pre-hearing Statement, Patent L.R. 4-3 |
| 4/19/2013 | Complete Claim Construction Discovery, Patent L.R. 4-4 |
| 5/3/2013 | IpVenture's Opening Claim Construction Brief, Patent L.R. 4-5(a) |
| 5/17/2013 | FedEx's Responsive Claim Construction Brief, Patent L.R. 4-5(b) |
| 5/24/2013 | IpVenture's Reply Claim Construction Brief, Patent L.R. 4-5(c) |
| 5/24/2013 | Deadline for Settlement Mediation |
| 6/28/2013 | Technology Tutorial |
| 7/17/2013 | Claim Construction Hearing, Patent L.R. 4-6 |

| | | |
|---|---|---|
| 1 | Dated: April 17, 2012 | BLACK CHANG & HAMILL, LLP |
| 2 | | |
| 3 | | By: __/s/_____ |
| 4 | | Peter H. Chang |
| 5 | | BLACK CHANG & HAMILL LLP<br>Bradford J. Black (SBN 252031) |
| 6 | | bblack@bchllp.com<br>Peter H. Chang (SBN 241467) |
| 7 | | pchang@bchllp.com<br>Andrew G. Hamill (SBN 251156) |
| 8 | | ahamill@bchllp.com<br>333 Bush Street, Suite 2250 |
| 9 | | San Francisco, California 94104 |
| 10 | | Telephone:   415-813-6210<br>Facsimile:    415-813-6222 |
| 11 | | |
| 12 | | DESMARAIS LLP<br>John M. Desmarais (*pro hac vice*) |
| 13 | | jdesmarais@desmaraisllp.com<br>Michael P. Stadnick (*pro hac vice*) |
| 14 | | mstadnick@desmaraisllp.com<br>John C. Spaccarotella (*pro hac vice*) |
| 15 | | jspaccarotella@desmaraisllp.com<br>230 Park Avenue |
| 16 | | New York, NY 10169 |
| 17 | | Telephone:   212-351-3400<br>Facsimile:    212-351-3401 |
| 18 | | |
| 19 | | *Attorneys for Plaintiff IpVenture, Inc.* |
| 20 | Dated: April 17, 2012 | FINNEGAN, HENDERSON, FARABOW,<br>GARRETT & DUNNER, LLP |
| 21 | | |
| 22 | | |
| 23 | | By: __/s/_____<br>Robert F. McCauley |
| 24 | | Robert F. McCauley (SBN 162056) |
| 25 | | robert.mccauley@finnegan.com<br>FINNEGAN, HENDERSON, FARABOW,<br>GARRETT & DUNNER, LLP |
| 26 | | 3300 Hillview Avenue<br>Palo Alto, California  94304 |
| 27 | | Telephone:   (650) 849-6600<br>Facsimile:    (650) 849-6666 |
| 28 | | |

Jeffrey Berkowitz (*pro hac vice*)
jeffrey.berkowitz@finnegan.com
FINNEGAN, HENDERSON, FARABOW,
 GARRETT & DUNNER, LLP
Two Freedom Square
11955 Freedom Drive
Reston, Virginia
Telephone:   (703) 203-2700
Facsimile:   (202) 408-4400

Scott J. Popma, (SBN 201666)
scott.popma@finnegan.com
John S. Sieman (*pro hac vice*)
john.sieman@finnegan.com
FINNEGAN, HENDERSON, FARABOW,
GARRETT & DUNNER, LLP
901 New York Avenue, NW
Washington, District of Columbia 20001
Telephone:   (202) 408-4000
Facsimile:   (202) 408-4400

Peter D. Blumberg (*pro hac vice*)
peter.blumberg@fedex.com
FEDERAL EXPRESS CORPORATION
3620 Hacks Cross Road
Bldg. B-3
Memphis, TN  38125
Telephone:  (901) 434-8489

4/18/12



*Attorneys for Defendants and Counter-claimants
FedEx Corporation and Federal Express Corporation*

**Attestation**

   I, Peter H. Chang, attest that concurrence in the filing of this document has been obtained from John S. Sieman, counsel for Defendants FedEx Corporation and Federal Express Corporation.  I declare under penalty of perjury that the foregoing is true and correct.  Executed this 17th day of April 2012 in San Francisco, California.

   _____/s/_____
   Peter H. Chang